In the Matter of KENNETH P. WHITING III, a Suspended Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [936 NYS2d 917]—

Per Curiam.

Mercure, A.P.J., Malone Jr., Stein, Garry and Egan Jr., JJ., concur. Ordered that respondent's application is granted; and it is further

Ordered that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

FOURTH DEPARTMENT, JANUARY, 2012

(January 31, 2012)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK I. AYALA, Also Known as MALIK AYALA, Appellant. [937 NYS2d 664]

Present—Scudder, P.J., Smith, Centra, Lindley and Gorski, JJ.